1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL WOODS,                              No.  2:25-cv-2428 SCR P

12                 Plaintiff,

13          v.

14    A. LARIOS, et al.,                          ORDER

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to

18    42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff

19    alleges violations of his civil rights by defendants.  The alleged violations took place in Kings

20    County, which is part of the Fresno Division of the United States District Court for the Eastern

21    District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of the court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.

25          Good cause appearing, IT IS HEREBY ORDERED that:

26          1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

27          2.  This action is transferred to the United States District Court for the Eastern District of

28    California sitting in Fresno; and

                                              1

1          3.  All future filings shall reference the new Fresno case number assigned and shall be

2    filed at:

3                          United States District Court
                           Eastern District of California
                           2500 Tulare Street

4                          Fresno, CA 93721

5    DATED: September 9, 2025

6

7

8                          SEAN C. RIORDAN
                           UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2