**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MICHAEL WOODS,

Plaintiff,

v.

LARIOS, *et al.*,

Defendants.

Case No. 1:25-cv-01165 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET

(Doc. 21)

Michael Woods asserts that he suffered violations of his civil rights while housed at the Substance Abuse Treatment Facility and seeks to hold the defendants liable under 42 U.S.C. § 1983. (*See generally* Doc. 21.) The magistrate judge screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A(a). (Doc. 21.) The magistrate judge found Plaintiff stated a cognizable claim for excessive force against Defendants A. Medley, A. Larios, J. Gonzales, C. McKenna, Rios, and K. Perez; but his claim failed as to the other named defendants. (*Id.* at 7-8.) The magistrate judge also found Plaintiff failed to state claims for deliberate indifference to a serious medical need or retaliation. (*Id.* at 6-7, 9-10.) The magistrate judge recommended this action proceed on the identified cognizable claims, and all other claims and defendants be dismissed. (*Id.* at 10-11.)

The Court served the Findings and Recommendations on Plaintiff and informed him that any objections were due within 14 days. (Doc. 21 at 11.) The Court advised him that the "failure

to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate judge's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and recommendations issued on July 7, 2026 (Doc. 21) are **ADOPTED** in full.
2. This action **SHALL** proceed only on Plaintiff's claim for excessive force in violation of the Eighth Amendment against Defendants A. Medley, A. Larios, J. Gonzales, C. McKenna, R. Rios, and K. Perez.
3. All other claims and defendants are **DISMISSED** for failure to state claims upon which relief may be granted.
4. The Clerk of Court is directed to update the docket.

IT IS SO ORDERED.

Dated: August 11, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE